IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America        )
                                )
            vs.                 )        Criminal Number 04-32E-1
                                )
HIRAM GARCIA                    )

The above named defendant satisfied the judgment of OCTOBER 20, 2004 by paying on AUGUST 3, 2006 the full balance due on his/her court ordered:

___X___ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  8/4/06
Deputy Clerk                      Date